AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trumble, Robert W. | U.S.District Court for the Northern District of WV | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

217 W. King Street
Room 207
Martinsburg
West Virginia 25401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director/Shareholder/Vice President | McNeer, Highland, McMunn and Varner, L.C. |
| 2. | Member | MHMV - Empire, LLC |
| 3. | Board Member | Millpoint Citizens Association, LTD |
| 4. | Executor | Family Death Estate 1 |
| 5. | Municipal Judge-Substitute | City of Martinsburg, West Virginia |
| 6. | Panel Trustee-US Bankruptcy Court Northern District of West Virginia | Executive Office of the United States Trustee |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | McNeer, Highland, McMunn and Varner L.C.: By-laws/operating agreement containing terms of a shareholders buy-out upon retirement/departure. No control. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | McNeer, Highland, McMunn and Varner, L.C. Gross income earnered as a practicing attorney for services rendered to clients | $104,511.11 |
| 2. 2014 | MHMV-Empire, LLC Income as a member of a single asset LLC | $429.00 |
| 3. 2014 | McNeer, Highland, McMunn and Varner, L.C. Income received pursuant to by-laws/operating agreeement for shareholder buy-out upon retirement/departure. | $58,687.75 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Berkeley County Board of Education: Compensation as a Teacher, Department Chair and Referral Agent |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Savings Bonds | A | Interest | K | T | | | | | |
| 2. Branch Banking and Trust (BB&T) Account | A | Interest | J | T | | | | | |
| 3. Royalty Interest, Taylor County, WV Alliance Petroleum Corportation | A | Royalty | J | W | | | | | |
| 4. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 5. Northwestern Mutual Whole Life Policy | A | Dividend | K | T | | | | | |
| 6. Gamervision, Inc. Stock | | None | L | W | | | | | |
| 7. Family Death Estate 1 | | | | | Closed | 03/31/14 | | | |
| 8. -Huntington National Bank Account | | None | | | Distributed | 03/31/14 | J | | |
| 9. -US Savings Bonds | A | Interest | | | Distributed | 03/31/14 | M | | |
| 10. -MetLife Stock | | None | | | | | | | |
| 11. -126.75 Acres, Taylor County, West Virginia | | None | | | | | | | |
| 12. -Mineral Rights 126.75 Acres, Taylor County, West Virginia | | None | | | | | | | |
| 13. -Automobile | | None | | | | | | | |
| 14. Huntington Bankshares Incorporated Common Stock (HBAN) | A | Dividend | J | T | | | | | |
| 15. Wells Fargo 401k (H) | | | | | | | | | |
| 16. American International Group INC (AIWGS) In Kind from Wells Fargo | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 17. American International Group (AIG)-- See Part VIII | | None | | | Sold | 08/27/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citi Group- See Part VIII | A | Dividend | | | Sold | 08/27/14 | J | A | |
| 19. Exxon Mobile (XOM) | A | Dividend | | | Sold | 08/27/14 | J | A | |
| 20. Fannie Mae (FNMA) | | None | | | Redeemed | 08/27/14 | K | A | |
| 21. Invesco American Value Fund (MSVCX) | A | Dividend | | | Redeemed | 08/14/14 | K | A | |
| 22. Blackrock Global Allocation (MDLAX)- See Part VIII | A | Dividend | | | Redeemed | 08/27/14 | K | A | |
| 23. Delaware Group Small Cap Value Fund (DEVLX)-See PartVIII | A | Dividend | | | Redeemed | 08/27/14 | L | A | |
| 24. Federated Kaufmann Fund-C (KAUCX) | A | Dividend | | | Redeemed | 08/14/14 | L | A | |
| 25. Russell Investment Growth (RALCX) | A | Dividend | | | Redeemed | 08/14/14 | L | A | |
| 26. Lord Abbett Value Opportunities Fund (LVOCX) | A | Dividend | | | Redeemed | 08/14/14 | L | A | |
| 27. Sunamerica Focused Large Cap (SFLAX) | | None | | | Redeemed | 08/27/14 | K | A | |
| 28. Wells Fargo Advantage Index (WFINX) | A | Dividend | | | Redeemed | 08/14/14 | M | B | |
| 29. Lord Abbett Small Cap Blend (Y) | | | | | | | | | |
| 30. Cash Sweep-Wells Fargo (X) | A | Interest | | | Redeemed | 08/14/14 | K | A | |
| 31. Huntington Bank IRA (H) | | | | | | | | | |
| 32. 1 year renewable CD | A | Interest | J | T | | | | | |
| 33. Ameriprise Financial IRA (H) | | | | | | | | | |
| 34. Columbia Acorn International (LAIAX) | A | Dividend | K | T | Buy | 09/02/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Columbia Contrain Core (LCCAX) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 36. Columbia LTD Duration (ALDAX) | B | Dividend | L | T | Buy | 09/02/14 | L | | |
| 37. Delaware Mid Cap Value (DDVAX) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 38. Loomis Strat Income (NFEZX) | B | Dividend | L | T | Buy | 09/02/14 | L | | |
| 39. MFS Emerging Markets Debt (MEDAX) | B | Dividend | K | T | Buy | 09/02/14 | K | | |
| 40. Oppenheimer International Growth (OIGAX) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 41. Pimco Small Cap (PCKAX) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 42. Thornburg Strat Income (TSIAX) | B | Dividend | L | T | Buy | 09/02/14 | L | | |
| 43. Wells Fargo Premier Lg Growth (EKJAX) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 44. F/T LC Value ETF (FTA) | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 45. IShares Short Dur ETF (CSJ) | A | Dividend | L | T | Buy | 09/02/14 | L | | |
| 46. Rev Shares Small Cap EFT (RWJ) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 47. Gugg S&P ETF (RSP) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 48. Gugg S&P Value ETF (RPG) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 49. Wisdom Tree Mid Cap Earnings ETF (EZM) | A | Dividend | K | T | Buy | 09/02/14 | K | | |
| 50. Cash Sweep-Ameriprise Insured Money Market (AIMMA) | A | Interest | J | T | | | | | |
| 51. (H) Ameriprise Financial Jt NQ Brokerage Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Columbia Acorn International (LAIAX) | A | Dividend | J | T | | | | | |
| 53. Columbia Contr Core (LCCAX) | A | Dividend | K | T | | | | | |
| 54. Columbia Dividend Income (LBSAX) | A | Dividend | J | T | | | | | |
| 55. Federated Intercont A (RIMAX) | A | Dividend | J | T | | | | | |
| 56. Fidelity Advisors Strat Income (FSTAX) | A | Dividend | K | T | | | | | |
| 57. Pimco Total Return (PTTAX) | A | Dividend | | | Redeemed | 10/31/14 | J | A | |
| 58. Pimco Low Duration (PTLAX) | A | Dividend | | | Redeemed | 10/31/14 | J | A | |
| 59. Pimco Small Cap (PCKAX) | B | Dividend | | | Redeemed | 10/31/14 | J | A | |
| 60. Scout Mid Cap (UMBMX) | A | Dividend | K | T | | | | | |
| 61. Wells Fargo Growth Advantage (SGRAX) | A | Dividend | J | T | | | | | |
| 62. I-Share 1-3 yr.Credit Bond ETF (CSJ) | A | Dividend | K | T | Buy | 11/05/14 | K | | |
| 63. Putnam Investors Lg Cap (PPIAX) (Y) | | | | | | | | | |
| 64. Cash Sweep- Ameriprise Insured Money Market (AIMMA) | A | Interest | J | T | | | | | |
| 65. RS Value (RSVAX) (Y) | | | | | | | | | |
| 66. West Virginia Teachers' Defined Contribution Plan | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trumble, Robert W. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.) Part I, page 1, line 1- Upon my selection as a United States Magistrate Judge, I withdrew from my law firm, resigned as an officer and director and surrendered my ownership interest. I have no interest in the firm's legal or business practice.

2.) Part I, page 1, line 2- Upon my selection as a United States Magistrate Judge, I withdrew as a member of the single asset LLC and surrendered my membership interest.

3.) Part I, page 1, line 3- Upon my selection as a United States Magistrate Judge, I resigned as a board member of my neighborhood homeowners' association.

4.) Part I, page 1, line 4- Prior to my selection as a Untied States Magistrate Judge, a final report with regard to the Family Death Estate 1 was submitted and my duties as an executor were terminated.

5.) Part I, page 1, line 5- Upon my selection as a United States Magistrate Judge, I resigned as a substitute municipal judge for the city of Martinsburg, West Virginia.

6.) Part I, page 1, line 6- Upon my selection as a United States Magistrate Judge, I resigned my position as a panel trustee.

7.) Part II, page 1, line 1-Pursuant to the terms of the shareholder agreement, I receive a buy-out of my interest in the firm and compensation for legal services rendered before becoming a United States Magistrate Judge. The amount is a calculated amount and is to be paid over a period of years. The amount paid is not related to the firm's profits earned after my departure, but represents the valu of my interest in the firm.

8.) Part III, page 2, line 1 and 2- Fees for legal services performed by me were paid to the firm and my compensation was based on the terms of the shareholder agreement. Fees received as a substitute municipal judge and as a panel trustee were treated as income/revenue to the firm.

9.) Part VII, page 7, line 66- This is a retirement account. I am not a joint owner of this account.

10.) Part VII, pages 4 and 5, lines 17, 18, 22, 23-These funds were brought over inkind from Wells Fargo 401k and sold upon arrival. Therefore the gains were very small--cost basis for the Well Fargo 401k was not listed as it is not needed for a 401k and after account closure the gains/losses are kept.

11.) Part VII, page 5, line 22 - The stock symbol was incorrectly stated in the Initial Disclosure Report as "MDLOX". The correct symbol is "MDLAX" and the symbol has been changed in Column A.

12.) Part VII, page 5, line 27 - The stock symbol was incorrectly stated in the Initial Disclosure Report as "SSFAX". The correct symbol is "SFLAX" and the symbol has been changed in Column A.

13.) Part VII, page 5, line 29 - This fund was exchanged on July 23, 2013, for the Lord Abbett Value Opportunities Fund (LVOCX). It was identified in the Initial Disclosure Report due to the time period reporting requirements.

14.) Part VII, page 5, line 30 - This cash sweep account was incorrectly idenified as an Amerprise Money Market account in the Initial Disclosure Report.

15.) Part VII, page 6, line 50 - The Amerprise FDIC Insured Money Market is now called Amerprise Insured Money Market and uses the symbol "AIMMA".

16.) Part VII, page 7, line 61 - The stock symbol was incorrectly stated in the Initial Disclosure Report as "SRGAX". The correct symbol is "SGRAX" and the symbol has been changed in Column A.

17.) Part VII, page 7, line 63 - This fund was exchanged for Asset No. 53, Columbia Contr Core (LCCAX) on or about March 1, 2013.

18.) Part VII, page 7, line 64 - The Amerprise FDIC Insured Money Market is now called Amerprise Insured Money Market and uses the symbol "AIMMA".

19.) Part VII, page 7, line 65 - This fund was exchanged for Asset No. 28, Wells Fargo Advantage Index (WFINX) on or about March 1, 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Trumble**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544